4901.  IVEY v. LOUISVILLE & NASHVILLE RAILROAD Co. et al.

RUSSELL, J.  As against a general demurrer, the petition set forth a cause
    of action for the recovery of the sum paid by plaintiff for transportation
    from Sparta to Atlanta over the defendant's railroad.  As to other
    elements of damage, the petition set forth no cause of action.  Johnson
    v. Seaboard Air-Line Railway, 13 Ga. App. 298 (79 S. E. 91).

                                                    Judgment reversed.
                        DECIDED SEPTEMBER 23, 1913.

Action for damages; from city court of Sparta—Judge Moore.
April 17, 1913.

The petition, as amended, alleges, that the defendants are lessees
of the Georgia Railroad, and that they damaged the plaintiff in
the sum of $500 by reason of the following facts:  On the second
Sunday in September, 1912, plaintiff purchased "a ticket of the
agent of defendants" at Sparta, Georgia, "from said station to
Atlanta, Georgia," and paid for it.  He took passage on the train
from Sparta towards Macon, Georgia, at 10:14 o'clock a. m., and
the conductor on the train, the employee of the defendants, pass-
ing through the car, took up the ticket and without remark carried
him to Macon.  A passenger-train passed them at a station between
Sparta and Macon, after the conductor had taken up the ticket, and,
if any mistake had been made, the conductor could and should have
transferred him by east-bound train via Camak to Atlanta, Georgia,
to which point he had paid transportation.  He was carried to
Macon, where he was a stranger, and put off the train.  He asked
for a return of his ticket.  The conductor looked through the tickets
and said he could not find it, but it "was not worth a damn" if
he could find it.  "At the depot in Sparta, where plaintiff was
standing on the railroad right of way, the conductor cried out
'All aboard,' when plaintiff, honestly thinking this was his train,
boarded the same as hereinbefore stated."  Plaintiff prays judgment
against the defendants in the amount aforesaid.  By amendment
the plaintiff struck other allegations as to damage.  The judge of
the city court dismissed the petition, on general demurrer.

R. H. Lewis, for plaintiff, cited: Central R. Co. v. Perry, 58 Ga.
461 (2); Central R. Co. v. Combs, 70 Ga. 533; Atlanta Consoli-
dated Street Ry. Co. v. Keeny, 99 Ga. 266; 6 Cyc. 536, 541.

Joseph B. & Bryan Cumming, Burwell & Fleming, for defend-
ants, cited: DeVane v. A., B. & A. R. Co., 4 Ga. App. 136; Central
R. Co. v. Dorsey, 106 Ga. 826; 6 Cyc. 548, 556.